■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STANLEY E. SMITH, Appellant. (Appeal No. 1.) [944 NYS2d 712]— Appeal from a judgment of the Ontario County Court (Frederick G. Reed, A.J.), rendered September 12, 2007. The judgment convicted defendant, upon his plea of guilty, of robbery in the second degree (two counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Lindley, Sconiers and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STANLEY E. SMITH, Appellant. (Appeal No. 2.) [944 NYS2d 713]— Appeal from an order of the Ontario County Court (Frederick G. Reed, A.J.), dated September 28, 2007. The order directed defendant to pay restitution.

It is hereby ordered that the order so appealed from is unanimously affirmed. Present—Smith, J.P., Lindley,. Sconiers and Martoche, JJ.